## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOYCE STEVENSON,

      Plaintiff,

    v.                                          Case No. 1:23-cv-0613 KWR/SCY

THOMAS CREESE,

      Defendant,

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58 and the Memorandum Opinion and Order entered concurrently herewith, the Court enters this Judgment resolving this case. This case is dismissed, and the notice of lis pendens is ordered to be released under the parameters below.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is dismissed.

**IT IS FURTHER ORDERED AND ADJUDGED** that, after conclusion of the next business day following the expiration of thirty days from the date of this judgment and absent further challenges to the judgment in this proceeding, this judgment may be submitted for recordation in the property records to evidence that this action is concluded and that any associated notice of lis pendens for this proceeding is hereby released in all respects, including the Notice of Lis Pendens recorded on June 28, 2023 as Document No. 2023012355 in Book 426 at Page 12355 in the Official Records of the Sandoval County Clerk. (*See* Doc. 8-1, Exhibit A). Given the dismissal of this action, it is proper to release the Notice of Lis Pendens under the parameters specified above.

KEA W. RIGGS
UNITED STATES DISTRICT JUDGE